UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wendy S. Meyer,

        Plaintiff,                        Case No.:  2:18-cv-10057

v.                                     Hon. Gershwin A. Drain
                                     Magistrate Mona K. Majzoub

WELTMAN, WEINBERG &
REIS CO., LPA,

        Defendant.

_____/

## **STIPULATION TO DISMISS**

Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

| | |
|---|---|
| */s/Andrew L. Campbell* | */s/Jeffrey S. Hengeveld* |
| ANDREW L. CAMPBELL (P64391) | Jeffrey S. Hengeveld (P66029) |
| Attorney for Plaintiff | Attorney for Defendant Weltman, Weinberg & Reis, Co., LPA |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wendy S. Meyer,

        Plaintiff,                              Case No.:  2:18-cv-10057

v.                                     Hon. Gershwin A. Drain
                                        Magistrate Mona K. Majzoub

WELTMAN, WEINBERG &
REIS CO., LPA,

        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between

Plaintiff and Defendant, through their respective counsel, and the Court being

otherwise fully advised in the premises;

**IT IS ORDERED** that this case is dismissed with prejudice and without

costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

                                      /s/Gershwin A Drain
                                      DISTRICT COURT JUDGE